```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | | |
|---|---|---|
| SAMUEL ACOSTA | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-1249-Y |
| | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendations of the United States magistrate judge filed on February 16, 2024; and

3. Plaintiff's objections to those proposed findings, conclusions, and recommendation.

Plaintiff makes the same arguments in his objections that were addressed in the magistrate judge's findings. This Court, after review, concludes that the findings, conclusions, and recommendation of the magistrate judge should be and are hereby ADOPTED. As a result, the decision of the commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further proceedings consistent with the magistrate judge's findings, conclusions, and recommendation.

SIGNED March 1, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE